﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/20 Archive Date: 12/31/20

DOCKET NO. 200104-51971
DATE: December 31, 2020

ORDER

The appeal with respect to whether the Veteran filed a timely substantive appeal as to the December 21, 2018, rating decision is granted.

FINDING OF FACT

The Veteran’s substantive appeal is timely as it was received by the Veteran Affairs (VA) Regional Office (RO) on December 6, 2019, within one year of notification of the denied claim. 

CONCLUSION OF LAW

The criteria for filing a timely substantive appeal in response to the December 21, 2018, rating decision have been met. 38 C.F.R. §§ 20.202, 20.302.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active service in the Army National Guard from June to October 1989 and November 1990 to May 1991, and in the United State Navy from June 1992 to May 2001.

This matter is on appeal from a December 2019 decision letter informing the Veteran that his VA Form 9 had not been accepted as timely. 

The appeal with respect to whether the Veteran filed a timely substantive appeal as to the December 21, 2018, rating decision

A claimant has the longer of one year from the date of a rating decision or 60 days from the issuance of an SOC to perfect an appeal. 38 U.S.C. § 7105; 38 C.F.R. § 20.302. A substantive appeal must either indicate that the appeal is being perfected as to all of the issues or must specifically identify the issues appealed and should set out specific arguments relating to errors of fact or law made by the agency of original jurisdiction in reaching the determination, or determinations, being appealed. 38 C.F.R. § 20.202.

The RO issued a December 21, 2018 rating decision. The Veteran submitted a timely January 2019 notice of disagreement. On October 4, 2019, the RO issued an SOC. On December 6, 2019, the VA RO received a VA Form 9 stating that the Veteran desired to appeal the issue of entitlement to service connection for a mental condition to include anxiety disorder, insomnia disorder, major depressive disorder, and other specified depressive disorder listed on the October 2019 SOC. This VA Form 9 was received within one year of the December 21, 2018, rating decision, and is timely. 38 C.F.R. § 20.302.

In view of the foregoing, the appeal of the timeliness issue is granted, and the appeal of the underlying claim should be reinstated.

 

 

LLOYD CRAMP

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board P.M. Johnson, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.